STATE v. BOLTON

No. 85 PC.

Case below: 28 N.C. App. 497.

Petition for discretionary review under G.S. 7A-31 denied 5 April 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 April 1976.

STATE v. BURKE

No. 87 PC.

Case below: 28 N.C. App. 469.

Petition for discretionary review under G.S. 7A-31 denied 5 April 1976.

STATE v. CARLTON

No. 92 PC.

Case below: 28 N.C. App. 573.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 April 1976.

STATE v. CHANDLER

No. 75 PC.

Case below: 28 N.C. App. 441.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 April 1976.

STATE v. GARDNER

No. 71 PC.

Case below: 28 N.C. App. 484.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.